**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-1534**

_____

PERE J. JARBOE,

Plaintiff - Appellant,

versus

TOGO WEST, in his capacity as Acting Secretary
of the Department of Veterans Affairs,

Defendant - Appellee,

and

HERSHEL GOBER,

Defendant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge.  (CA-98-
2832-MJG)

_____

Submitted:  June 17, 1999        Decided:  June 22, 1999

_____

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Pere J. Jarboe, Appellant Pro Se. Perry F. Sekus, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland; Paige Elizabeth Harrison, UNITED STATES FOOD & DRUG ADMINISTRATION, Rockville, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pere Jarboe appeals two district court's orders, the first granting Defendant's motion for summary judgment and dismissing Jarboe's employment discrimination action under the Rehabilitation Act, and the second denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jarboe v. Gober, No. CA-98-2832-MJG (D. Md. Feb. 11 & Apr. 6, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED